AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Tanya Gray <br><br> *Plaintiff(s)* <br> v. <br> Equifax Information Services, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  19-cv-62425-RS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Bank of Missouri
916 North Kingshighway
Perryville, MO 63775

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan Ginsberg, Esq.
12550 Biscayne Boulevard
North Miami, FL 33181
Phone: (800) 476-3617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   09/30/2019

Angela E. Noble
Clerk of Court



SUMMONS

*s/ Janier A.*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Tanya Gray | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-62425-RS |
| Equifax Information Services, LLC, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Equifax Information Services, LLC
RA: CSC Lawyers Incorporating Service Company
601 Abbot Road
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan Ginsberg, Esq.
12550 Biscayne Boulevard
North Miami, FL 33181
Phone: (800) 476-3617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  09/30/2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Tanya Gray | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-62425-RS |
| Equifax Information Services, LLC, et al. | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Education
　　　　　　　　　　　　　　　　　　400 Maryland Avenue, SW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20202

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Alan Ginsberg, Esq.
　　　　　　　　　　　　　　　　　　　　　12550 Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　North Miami, FL 33181
　　　　　　　　　　　　　　　　　　　　　Phone: (800) 476-3617

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:　　09/30/2019

Angela E. Noble
Clerk of Court

s/ Janier A.
Deputy Clerk
U.S. District Courts